| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in compliance with D.N.J LBR 9004-1**<br>**ANDREA DOBIN, CHAPTER 7 TRUSTEE**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>adobin@msbnj.com<br>609.695.6070 |

| In Re:<br><br>LEO E AYERS,<br><br><br>                                         Debtor. | Case No.   21-13832<br><br>Chapter 7<br><br>The Honorable Kathryn C. Ferguson |
|---|---|

### NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO APPEAR AT CONTINUED FIRST MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that on August 31, 2021 at 10:00 a.m. or as soon as thereafter as counsel may be heard the undersigned, Andrea Dobin, the Chapter 7 Trustee (the "Trustee"), in the above proceeding, shall move in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey for failure to appear at the continued First Meeting of Creditors.

**PLEASE TAKE FURTHER NOTICE** that objections to the within Motion must be filed with the Clerk of the United States Bankruptcy Court and served upon Andrea Dobin, Chapter 7 Trustee in accordance with the Local Bankruptcy rules.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely upon the Certification of Andrea Dobin filed and served simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is waived, unless opposition is filed, and that form of Order granting the relief sought is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that no brief is necessary as the issue is not complex, and the facts are adequately set forth in the supporting papers.

                                       **ANDREA DOBIN, CHAPTER 7 TRUSTEE**

                                       By:*/s/Andrea Dobin*
                                          ANDREA DOBIN

Dated:  August 3, 2021